**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MARGIE BLOOME,              :   No. 189 MAL 2017
                                     :
            Petitioner     :
                                     :   Petition for Allowance of Appeal from
                                     :   the Order of the Superior Court
            v.                   :
                                     :
                                     :
SILVER STREET DEVELOPMENT   :
CORPORATION, HILL-TOP          :
EDWARDSVILLE, LP, MICHAEL     :
SIMMONS,                          :
                                     :
            Respondents    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 19th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.